PROB 12C  
(7/93)

Report Date: January 24, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gary Bruce Riggs            Case Number: 0980 2:07CR02077-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 10, 2008

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation - Voluntary Manslaughter, 18 U.S.C. §§ 1153 & 1112(a) | |
| Original Sentence: | Prison 90 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: December 20, 2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 19, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Mr. Riggs has failed to attend drug and alcohol treatment group sessions at Merit Resources Services (Merit) on January 15, 16, and 21, 2014. |
| | On January 22, 2014, contact was made with the defendant's counselor at Merit, who advised Mr. Riggs has been a no call/no show for his scheduled group sessions on the above-noted dates. The counselor also reported Mr. Riggs' file will be closed. |

Prob12C
Re: Riggs, Gary Bruce
January 24, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 24, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

1/27/14

Date